**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ADRIAN COMBS & TOMEIKA LEWIS | CIVIL ACTION NO. 17-0239 |
| VERSUS | JUDGE S. MAURICE HICKS. JR. |
| SOUTHLAND PROCESS GROUP LLC, ET AL. | MAGISTRATE JUDGEHAYES |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Charter Oak's Motion to Intervene [doc. #14], and Amended Motion to Intervene [doc. #18], are **DENIED** and this matter is **REMANDED** to the Twenty-Sixth Judicial District Court for the Parish of Webster, State of Louisiana, for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Twenty-Sixth Judicial District for the Parish of Webster, State of Louisiana.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of August, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE